UNITED STATES DISTRICT COURT

CENTRAL DISTRICT CALIFORNIA

RICHARD BAUARSCHI,

                 Plaintiff(s) Pro Se,

    vs.

AMERICAN HONDA FINANCE
CORPORATION,

           Defendants.

Case No. 8:11-cv-00422-DOC -RNB

**JUDGMENT**

      This defendant/counter-claimant AMERICAN HONDA FINANCE CORPORATION'S

Motion for Judgment on the Pleadings was to be heard before the court, on February 27, 2012,

Honorable David O. Carter, District Court Judge Presiding. Plaintiff's Opposition, if any, was to

filed by February 6, 2012, but plaintiff filed no opposition.

      **IT IS ORDERED AND ADJUDGED** that, pursuant to Local Rule 7-12,  the plaintiff's First

Amended Complaint is dismissed with prejudice, judgment is hereby entered in favor of defendant

AMERICAN HONDA FINANCE CORPORATION, and defendant to recover its costs.

March 8, 2012

*David O. Carter*

UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**
C.C.P. §1013(a), C.R.C. 2003(3), 2005(l)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

    I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen (18) and am not a party to the within action; my business address is 21311 Hawthorne Boulevard, Suite 220, Torrance, California 90503.

    On **March 2, 2012**, I served the following document(s) described as:

<h1 align="center">JUDGMENT</h1>

on all interested parties in this action by:

☒    placing  ☐ the original  ☒ a true copy thereof enclosed in sealed envelopes addressed as stated below:

| | |
|---|---|
| Richard Bauarschi<br>3544 E. Alderly Lane<br>Orange, CA 92867 | *Plaintiff Pro Se* |

☒    **BY MAIL:**  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U. S. Postal Service on the same day with postage thereon fully prepaid at Torrance, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐    **BY PERSONAL SERVICE:**  I caused such envelope to be delivered by hand to the offices of the addressee.

☐    **BY FAX:**  From Fax No. _____ to the facsimile numbers listed on the attached mailing list.  The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine.

☐    **BY OVERNIGHT COURIER:**  By depositing copies of the above document(s) in a box or other facility regularly maintained by UPS-Next Day Air in an envelope or package designed by UPS with delivery fees paid or provided for and sent to the person(s) named on the attached service list [*C.C.P.* §1013, 2015.5].

☐    [State]        I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

☒    [Federal]      I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **March 2, 2012**, at Torrance, California.

**KRYSTLE VIRAMONTES, Declarant**